UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:08CR00235SNL (AGF) |
| | ) | |
| RODNEY McINTOSH, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Following a hearing, which was conducted in part ex-parte,

**IT IS HEREBY ORDERED** that Defendant's request to have new counsel appointed shall be **GRANTED**, based on this Court's finding that the relationship between counsel and Defendant has deteriorated to the point that a conflict exists. New counsel shall be appointed;

**IT IS FURTHER ORDERED** that Defense Counsel's motion for psychiatric evaluation [Doc. #13] is **DENIED, without prejudice**, subject to refiling should new counsel deem such an evaluation to be appropriate;

**IT IS FURTHER ORDERED** that the hearing on Defendant's Motion to Suppress Evidence and Statements [Doc. #12] shall be continued to **Tuesday, June 10, 2008 at 9:00 a.m.** The government shall filed it response by June 3, 2008.

Dated this 20th day of May, 2008.

AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE